UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BGX E-HEALTH LLC,

    Plaintiff,

v.                                                   Case No.: 6:21-cv-1022-WWB-LHP

DARREN NEIL MASTERS, GRANITE INVESTMENT GLOBAL US LLC, SN-SCP LLC and CW FINANCIAL CONSULTING LLC,

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Third Renewed Motion for Final Default Judgment (Doc. 57). United States Magistrate Judge Leslie Hoffman Price issued a Report and Recommendation (Doc. 59), in which she recommends that the Motion be granted. (*Id.* at 17).

After an independent de novo review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the analysis in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 59) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Third Renewed Motion for Final Default Judgment (Doc. 57) is **GRANTED**.

3. The Clerk is directed to enter judgment in favor of Plaintiff and against Defendants Darren Neil Masters, Granite Investment Global US LLC, SN-SCP LLC, and CW Financial Consulting LLC, jointly and severally, as to Count I of the Complaint for $11,564,520.00 in damages, plus prejudgment interest, post-judgment interest, and $402.00 in costs.

4. Count II of the Complaint (Doc. 1) is **DISMISSED with prejudice**.

5. Within **forty-five days** of entry of judgment by the Clerk, Defendants Darren Neil Masters, Granite Investment Global US LLC, SN-SCP LLC, and CW Financial Consulting LLC shall complete a Form 1.977 Fact Information Sheet and all required attachments.

6. The Clerk is further directed to close this case.

**DONE AND ORDERED** in Orlando, Florida on May 9, 2023.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record