UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

BGX E-HEALTH LLC,

    Plaintiff,

v.                                                                                                          Case No:   6:21-cv-1022-WWB-LHP

DARREN NEIL MASTERS, GRANITE INVESTMENT GLOBAL US LLC, SN-SCP LLC and CW FINANCIAL CONSULTING LLC,

    Defendants

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **MOTION TO SUBSTITUTE PARTY PLAINTIFF (Doc. No. 79)**
>
> **FILED:**   **January 22, 2024**
>
> _____
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

> **MOTION:**   **JOINT REQUEST FOR EVIDENTIARY HEARING (Doc. No. 81)**
>
> **FILED:**   **January 22, 2024**

> **THEREON** it is **ORDERED** that the motion is **DENIED as moot**.

Upon review of the Motion to Substitute Party Plaintiff and attached Assignment of Judgment (Doc. Nos. 79, 79-1), as well as the Stipulation and Consent to Substitution of Party Plaintiff and Entry of Judgment in Garnishment (Doc. No. 85), the Motion (Doc. No. 79) is **GRANTED**.   *See also* Fed. R. Civ. P. 25(c); *Barker v. Jackson Nat. Life Ins. Co.*, 163 F.R.D. 364, 365 (N.D. Fla. 1995).   The Clerk of Court is **DIRECTED** to amend the case caption to substitute HSC Medical, Inc., as the named Party-Plaintiff in this matter.

In light of the representations made in the Stipulation and Consent to Substitution of Party Plaintiff and Entry of Judgment in Garnishment (Doc. No. 85), as well as a review of the Confidential Settlement Agreement and Mutual General Release (Doc. No. 88, filed under seal), the Court finds that an evidentiary hearing is no longer required to resolve the pending Renewed Motion for Entry of Final Garnishment Judgment (Doc. No. 75).

- 3 -

Accordingly, the Joint Request for Evidentiary Hearing (Doc. No. 81) is **DENIED AS MOOT.** The undersigned will address the pending motion and stipulation regarding entry of a final judgment in garnishment by a separate report and recommendation to the Presiding District Judge.

**DONE** and **ORDERED** in Orlando, Florida on February 2, 2024.

*/s/ Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties