UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
CIVIL ACTION NO. 6:21-CV-1022-WWB-LHP

HSC MEDICAL, INC.,
a Canadian corporation,

    Plaintiff,

v.

DARREN NEIL MASTERS,
individually, *et al.*,

    Defendants.

## STIPULATION AND CONSENT TO WAIVER OF OBJECTION PERIOD OF COURT'S REPORT AND RECOMMENDATION [D.E. 91]

HSC MEDICAL INC. ("**HSC**"), Plaintiff, and Darren Neil Masters, individually ("**Masters**"), Granite Investment Global US LLC, a Florida limited liability company ("**Granite**"), SN-SCP LLC, a Florida limited liability company ("**SN-SCP**"), and CW Financial Consulting LLC, a Florida limited liability company ("**CW**," and together with Masters, Granite, and SN-SCP, the "**Granite Defendants**"), hereby stipulate as follows:

1



1. HSC and the Granite Defendants stipulate and agree that none of them have any objections to the factual findings and legal conclusions set forth in the Report and Recommendation entered by the Court on February 5, 2024 [D.E. 91].

2. HSC and the Granite Defendants stipulate, agree, and consent to the entry of an order waiving the fourteen-day objection period for which a party has to serve and file written objections to the Report and Recommendation's factual findings and legal conclusions issued by this Court.

3. HSC and the Granite Defendants stipulate, agree, and consent to the entry of an order waiving the fourteen-day objection period to the Report and Recommendation's factual findings and legal conclusions, and thereby stipulate, agree, and consent to the entry of the Court's judgment adopting the Report and Recommendation entered by this Court.

4. HSC, through undersigned counsel, conferred with Counsel for Garnishee, JPMorgan Chase Bank, N.A. ("JPMorgan Chase"), who represented that JPMorgan Chase has no objection to the entry of the proposed judgment.



| | |
|---|---|
| HSC MEDICAL, INC., a Canadian corporation<br><br>_____<br>Hani Sardi, as Chief Executive Officer<br>Date: February 9, 2024 | DARREN NEIL MASTERS, individually<br><br>_____<br><br>Date: February 9, 2024 |
| GRANITE INVESTMENT GLOBAL US, LLC, a Florida limited liability company<br><br>_____<br>Darren Neil Masters, as Manager<br>Date: February 9, 2024 | SN-SCP, LLC, a Florida limited liability company<br><br>_____<br>Darren Neil Masters, as Manager<br>Date: February 9, 2024 |
| CW FINANCIAL CONSULTING, LLC, a Florida limited liability company<br><br>_____<br>Darren Neil Masters, as Manager<br>Date: February 9, 2024 | |

Dated: February 9, 2024  Respectfully submitted,

/s/ Jeffrey T. Kucera

Jeffrey T. Kucera
Florida Bar No. 68233
jeffrey.kucera@klgates.com
**K&L GATES LLP**
Southeast Financial Center
200 South Biscayne Boulevard
Suite 3900
Miami, Florida 33131
Telephone: 305.539.3300
Facsimile: 305.358.7095

*Attorneys for HSC Medical, Inc.*

## CERTIFICATION OF CONFERRAL

Pursuant to Rule 3.01(g) of the Local Rules for the Middle District of Florida, the undersigned hereby certifies that HSC has conferred with Counsel for Garnishee, JPMorgan Chase Bank, N.A., whom advised that JPMorgan Chase has no opposition to the relief sought herein.

Dated: February 9, 2024

/s/ Jeffrey T. Kucera
Jeffrey T. Kucera



## CERTIFICATE OF SERVICE

The foregoing document was filed electronically in accordance with the local rules and was therefore served electronically on those parties that have properly registered for such electronic service:

Howard D. DuBosar, Esq.
Florida Bar No. 729108
Email: hdubosar@wsh-law.com
Anne Reilly Flanigan, Esq.
Florida Bar No. 113889
Email: aflanigan@wsh-law.com
Weiss Serota Helfman Cole & Bierman, P.L.
2255 Glades Road, Suite 200e
Boca Raton, FL 33431
Telephone: 561.835.2111
*Counsel for Plaintiff, BGX E-Health LLC*

Andrew R. Herron, Esq.
Florida Bar No. 861560
Email: AHerron@homerbonner.com
Email: gservice@homerbonner.com
Homer Bonner Jacobs Ortiz, P.A.
1200 Four Seasons Tower
1441 Brickell Avenue
Miami Florida 33131
Telephone: 305.350.5117

*Counsel for Garnishee, JPMorgan Chase Bank, N.A.*

The foregoing document was sent by First Class U.S. Mail to: Defendant, GRANITE INVESTMENT GLOBAL US LLC, c/o Darren Neil Masters, 434 Trade Winds Ave., Naples, FL 34108, to DARREN NEIL



MASTERS, 434 Trade Winds Ave., Naples, FL 34108, and to GRANITE INVESTMENT GLOBAL US LLC, 1572 Fortaleza Way, Vista, CA 92081-2530 as disclosed in JPMorgan Chase Bank's Answer to the Writ of Garnishment.

Dated: February 9, 2024

/s/ Jeffrey T. Kucera
Jeffrey T. Kucera

